## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEBORAH DIANE FLETCHER                     *

5805 42nd AVENUE APT. 617

HYATTSVILLE, MD 20781                      *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

        vs.                            *          **Civil No.:** JFM 13 CV 2942
                                                      *(Leave blank. To be filled in by Court.)*

SPRING GROVE HOSPITAL CENTER

President                                  *

55 WADE AVENUE

CATONSVILLE, MD 21228                      *

_____
*(Full name and address of the defendant(s))*
**Defendant(s)**                           *
                                      ******

## COMPLAINT

1.    Jurisdiction in this case is based on:

*err or* [✓]    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

[✓]    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

[ ]    Other (explain) _____

_____

_____

2.    The facts of this case are:

During the summer of 1975 or 1976 the plaintiff (forma pauperis) enter

the defendant (el al) hospital, and she was pregnant.  One morning the

plaintiff (forma pauperis) woke-up bleeding and they did not gave her

her baby(ies). The plaintiff (forma pauperis) would like to find out who

she gave birth to and to see how it is doing.

3.    The relief I want the court to order is:

☑  Damages in the amount of:  $4,000,000.00 _____

☐  An injunction ordering: _____

   _____

☐  Other (explain) _____

   _____


October 7, 2013
~~June 24, 2013~~
(Date)


*Deborah Diane Fletcher*

(Signature)

DEBORAH  DIANE  FLETCHER

5805  42nd  AVENUE  APT. 617

HYATTSVILLE, MD  20781

301-209-8417
(Printed name, address and phone number of
Plaintiff)


**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.