IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBORAH DIANE FLETCHER | * | |
| Plaintiff | * | |
| v | * | Civil Action Case No. JFM-13-2942 |
| SPRING GROVE HOSPITAL CENTER | * | |
| Defendant | | |

\*\*\*

### ORDER

On October 7, 2013, self-represented plaintiff Deborah Fletcher, a resident of Baltimore, Maryland, filed the instant action alleging federal question jurisdiction. She states that during the summer of 1975 or 1976, while held at Spring Grove Hospital Center, a Maryland state mental health facility, she "woke-up bleeding and they did not gave [sic] her her baby(ies)." (sic). Plaintiff, who indicates this is a medical malpractice case, seeks $4,000,000 in money damages, requests leave to proceed in forma pauperis, and indicates she wants to "find out who she gave birth to and to see how it is doing." ECF No. 1, p. 2.

This court is a court of limited original jurisdiction. It does not sit to review every claim related to state tort claims such as medical malpractice or tortious conduct involving non-federal parties.[1] It only has authority to review such claims if the claims are sufficient to establish federal diversity of citizenship jurisdiction, which does not exist here. To the extent a civil rights claim may be generously construed, such a claim would fall well outside Maryland's three-year general statute of limitations. *See generally Burnett v. Grattan*, 468 U.S, 42 (1984).

The incident as alleged in the complaint occurred nearly forty years ago and is time-

---

[1] This court does not have original subject matter jurisdiction over such disputes. Further, there are no facts to suggest a federal question is presented pursuant to 28 U.S.C. § 1331.

barred.[2] Moreover, even a liberal reading of the complaint fails to state a claim of medical malpractice or a violation of civil rights Accordingly, the lawsuit must be dismissed.

For these reasons, it is this ___day of ___, 2013, by the United States District Court for the District of Maryland, hereby ORDERED:

1. The motion to proceed in forma pauperis (ECF No. 2) IS GRANTED;

2. The case IS DISMISSED;

3. The case IS CLOSED; and

4. The Clerk SHALL MAIL a copy of this Order to plaintiff.

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 OCT 15 P 12: 09
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

---

[2] Maryland's statute of limitations which governs §1983 claims is three years from the date of occurrence. *See* Md. Cts & Jud. Proc. 5-101.

2